**Federal Defenders**
OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601
Tel: (914) 428-7124  Fax: (914) 997-6872

David E. Patton
*Executive Director
and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge
White Plains*

<u>Via E-mail and ECF</u>

November 24, 2020

Honorable Paul E. Davison
U.S. District Court, SDNY
300 Quarropas Street
White Plains, New York  10601

Travel restrictions expanded to include Connecticut.

SO ORDERED 11/24/20

Re:  United States v. Clifford Jackson
     19 mj 10431

Dear Judge Davison:

    I am writing in regard to Clifford Jackson, who was released on November 6, 2019 pursuant to a $50,000 bond that was co-signed by one financially responsible individual. At Mr. Jackson's initial presentment, his travel was restricted to the Southern District of New York, the Eastern District of New York and the District of New Jersey.  On behalf of Mr. Jackson, I respectfully ask that Your Honor change the terms of his release to allow him to travel to Connecticut.  I am asking for this modification because Mr. Jackson was recently offered a new job[1] and this new employer is based in Connecticut.  Mr. Jackson would like to accept this job offer, but it would require him to be able to travel to Connecticut.

    I have spoken to Assistant United States Attorney Shiva Logarajah and he does not object to this request.  I have also spoken to Vincent Adams at Pretrial Services, and he does not object.

    Thank you very much for your consideration.

Sincerely,

Benjamin Gold
Assistant Federal Defender

cc:  AUSA Shiva Logarajah (SLogarajah@usa.doj.gov)
     Pretrial Officer Vincent Adams (Vincent_Adams@nyspt.uscourts.gov)
     Clifford Jackson

---

[1] Mr. Jackson had lost his previous job during the COVID-19 pandemic.