UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

United States of America

          -against-

Clifford Jackson,

                             Defendant.
-------------------------------------------------------------x

**SCHEDULING ORDER**

19-mj-10431 (AEK)

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      A telephonic arraingment before Magistrate Judge Krause is hereby scheduled for **Thursday, March 11, 2021, at 10:00 a.m.**

      Members of the public who are interested in attending this proceeding may do so by dialing in to the teleconference line.  To access the teleconference, please follow these directions: (1) dial the meeting number: (877) 336-1831; (2) enter the access code: 2751700; and (3) press pound (#) to enter the teleconference as a guest.

      Should counsel experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

Dated: March 2, 2021
       White Plains, New York

                                        **SO ORDERED.**

                                        _____
                                        ANDREW E. KRAUSE
                                        United States Magistrate Judge